No. 11–10498.  BURGEST *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–10500.  CAMPOS-CABRERA, AKA CAMPOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–10501.  CAZAREZ *v.* UNITED STATES PAROLE COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 11–10508.  ROBERTS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–10513.  POWELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–10524.  LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10525.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–10528.  TORRES-VALENZUELA *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 11–10529.  WHITE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10530.  MOORE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–10531.  PHOUMMANY *v.* SANDERS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10532.  HUDGINS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–10533.  COUSINS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–10534.  COLVIN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–10537.  BERGTHOLD *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.